IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00883-WJM-BNB

CANDIE PERMENTER,

Plaintiff,

v.

ECOMMERCE SYSTEMS, INC., a Colorado corporation,

Defendant.
_____

## ORDER
_____

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before September 20, 2011, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated August 30, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge