IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00883-WJM-BNB

CANDIE PERMENTER,

Plaintiff,

v.

ECOMMERCE SYSTEMS, INC., a Colorado corporation,

Defendant.
_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

In view of the parties' settlement,

IT IS ORDERED that **Defendant Ecommerce Systems' Unopposed Motion for a Protective Order Regarding Client Contact** [Doc. # 17] is DENIED as moot.

DATED:  August 30, 2011